| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) _____  Chapter  11 | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Captain Yuri's Charters, Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA Two Fish Charters | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1137413 | |
| 4. | **Debtor's address** | **Principal place of business** 3330 Northside Dr Apt 322 Key West, FL 33040 Number, Street, City, State & ZIP Code  Monroe County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.tortugasfishing.com/home.html | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  Captain Yuri's Charters, Inc.  
        Name

Case number (*if known*) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   7139

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   
   - ☒ No.
   - ☐ Yes.
   
   District _____  When _____  Case number _____  
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    
    Debtor _____  Relationship _____  
    District _____  When _____  Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor   Captain Yuri's Charters, Inc.                                    Case number (*if known*) _____
       Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|---|

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50   million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐   $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☒ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50   million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   Captain Yuri's Charters, Inc.
         Name

Case number (*if known*)

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 19, 2023
              MM / DD / YYYY

**X** /s/   Yuri Vakselis                              Yuri Vakselis
Signature of authorized representative of debtor       Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Chad Van Horn                Date   September 19, 2023
Signature of attorney for debtor              MM / DD / YYYY

Chad Van Horn
Printed name

Van Horn Law Group, P.A.
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Number, Street, City, State & ZIP Code

Contact phone   (954) 765-3166     Email address   chad@cvhlawgroup.com

64500 FL
Bar number and State

Fill in this information to identify the case:

Debtor name: Captain Yuri's Charters, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bev Furguson<br>PO Box 310479<br>Atlanta, GA 31131 | | | | | | $2,000.00 |
| Centennial Bank<br>Attn: Connie Bacher<br>1606 1st Street South<br><br>Winter Haven, FL 33880 | | Magic, 2008 42' Africat Marine with Volvo twin 370hp diesel engine, XKJ42022D808 | | $166,882.06 | $0.00 | $166,882.06 |
| Centennial Bank<br>Attn: Connie Bacher<br>1606 1st Street South<br><br>Winter Haven, FL 33880 | | Lauren Jeanne, 2007 50' Custom Cats with Yanmar twin 315hp diesel engine, USCC01330708 | | $90,456.32 | $0.00 | $90,456.32 |
| Daniel Grzyboski<br>6171 South Creek Road<br>Fleming Island, FL 32003 | | | | | | $1,500.00 |
| Intuit Payment Solutions<br>2700 COAST AVENUE<br>Mountain View, CA 94043 | | | | | | $5,940.00 |
| Joe Mares<br>630 Eaton St. #5<br>Key West, FL 33040 | | | | | | $10,500.00 |
| Joseph Carter<br>9702 Malaga Ct Apt 101<br>Palm Beach Gardens, FL 33418 | | | | | | $2,000.00 |
| Maria Gay<br>173 Galleon Ln.<br>Summerland Key, FL 33042 | | | | | | $58,121.00 |

Debtor: **Captain Yuri's Charters, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Marine Diesel of the Florida Keys<br>6021 Peninsular Ave<br>Key West, FL 33040 | | | | | | $10,492.00 |
| Mark Batway<br>691 100th Ave N.<br>Naples, FL 34108 | | | | | | $3,000.00 |
| Max Parker<br>305 E Ocean Ave. TH7<br>Lake Worth, FL 33462 | | | | | | $3,400.00 |
| Michael Shane Leonard<br>10 Ventana Lane<br>Key West, FL 33040 | | | | | | $5,962.00 |
| Mickey Allen<br>6715 Bulrush Ct.<br>West Palm Beach, FL 33413 | | | | | | $7,200.00 |
| Pat Rice<br>6800 SW 77 Terrace S.<br>Miami, FL 33143 | | | | | | $7,200.00 |
| Ray Decker<br>229 Olean St. SW<br>Palm Bay, FL 32908 | | | | | | $2,000.00 |
| SBA<br>409 409 3rd St., SW<br>Washington, DC 20416 | | | | | | $177,367.00 |
| Tom Carney<br>5084 NE 12th Ave.<br>Fort Lauderdale, FL 33334 | | | | | | $2,000.00 |
| Tom Rittenhouse<br>3401 Carlton Ln.<br>Fort Lauderdale, FL 33330 | | | | | | $1,000.00 |
| Victor A. Santana<br>5948 SW 42 Terrace<br>Miami, FL 33155 | | | | | | $5,400.00 |
| Ward and Meyers, CPA<br>3706 North Roosevelt Blvd, Unit 208<br>Key West, FL 33040 | | | | | | $11,839.00 |

Akerman LLP  
777 South Flagler Drive  
Suite 1100 West Tower  
West Palm Beach, FL 33401


Bev Furguson  
PO Box 310479  
Atlanta, GA 31131


Centennial Bank  
Attn: Connie Bacher  
1606 1st Street South  
Winter Haven, FL 33880


Centennial Bank  
PO Box 906  
Conway, AR 72033


Centennial Bank  
2514 N Roosevelt Blvd  
Key West, FL 33040


Daniel Grzyboski  
6171 South Creek Road  
Fleming Island, FL 32003


Florida Department of Revenue  
PO Box 6668  
Tallahassee, FL 32314-6668


Florida Department of Revenue  
8175 NW 12th Street, Suite 119  
Miami, FL 33126-1828


Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101


Internal Revenue Service  
7850 SW 6th Court #5730  
Fort Lauderdale, FL 33324-3202


Intuit Payment Solutions  
2700 COAST AVENUE  
Mountain View, CA 94043


Joe Mares  
630 Eaton St. #5  
Key West, FL 33040


Joseph Carter  
9702 Malaga Ct Apt 101  
Palm Beach Gardens, FL 33418

Key West Holding Group, LLC  
460 Modoc Ave  
Oakland, CA 94618

Linda A. Bornholdt  
460 Modoc Ave  
Oakland, CA 94618

Maria Gay  
173 Galleon Ln.  
Summerland Key, FL 33042

Marine Diesel of the Florida Keys  
6021 Peninsular Ave  
Key West, FL 33040

Mark Batway  
691 100th Ave N.  
Naples, FL 34108

Max Parker  
305 E Ocean Ave. TH7  
Lake Worth, FL 33462

Michael Shane Leonard  
10 Ventana Lane  
Key West, FL 33040

Mickey Allen  
6715 Bulrush Ct.  
West Palm Beach, FL 33413

Midgard Self Storage  
2600 N Roosevelt Blvd  
Key West, FL 33040

Oasis Marina  
Attn: Manager  
222 Severn Ave. Suite 200 Building 14-20  
Annapolis, MD 21403

Pat Rice  
6800 SW 77 Terrace S.  
Miami, FL 33143

Ray Decker  
229 Olean St. SW  
Palm Bay, FL 32908

SBA  
409 409 3rd St., SW  
Washington, DC 20416

Tom Carney  
5084 NE 12th Ave.  
Fort Lauderdale, FL 33334

```
Tom Rittenhouse
3401 Carlton Ln.
Fort Lauderdale, FL 33330


Victor A. Santana
5948 SW 42 Terrace
Miami, FL 33155


Ward and Meyers, CPA
3706 North Roosevelt Blvd, Unit 208
Key West, FL 33040
```